*Attorney of Record:*
David W. Tyler
Trial Attorney
U.S. Department of Justice
601 D St. NW, Room 9930
Washington, DC 20004
(202) 305-3988 (tel.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : : : Plaintiff : : v. : : THE HALPERN GROUP, : : Respondent. : | Civil Action No. 17-cv-3065 |

## RESPONSE TO
## THE HALPERN GROUP'S MOTION TO SEAL

On May 12, 2017, The Halpern Group ("Halpern") filed a motion to seal ("Motion"). (Dkt. 4). In its Memorandum of Law supporting the Motion (Dkt. 4-2), Halpern argues that it should be permitted to provide certain orders and settlement agreements issued by a Missouri state court to this Court for *in camera* review. The United States did not receive advanced notice of this filing. Nor did the United States ever receive copies—even in redacted form—of the limited state court orders and agreements purportedly in Halpern's possession. *See* (Dkt. 2-4) at 2 (noting that Halpern "does not have any complete Settlement Agreements and possesses the confidentiality sections of only two such Agreements"); Email from Rubin Sinins to David Tyler, May 12, 2017 ("They have not been produced to DOJ….").

While the United States respects this Court's prerogative to see the orders and agreements *in camera* if they would assist the Court's decision in this matter, it remains unclear how the orders and agreements are so sensitive that they cannot be shared with the United States even in redacted form, so that the United States can fully understand and address Halpern's arguments. Therefore, while the United States does not object to the Court's receipt of the documents or Halpern's filing of the documents under seal, the United States does request that Halpern produce the same documents (or partially redacted versions of the same documents) to the Department of Justice (DOJ), given that Halpern is relying on the documents as a basis to avoid complying with the DOJ's subpoena.

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        */s/ David W. Tyler*
        MICHAEL D. GRANSTON
        SARA MCLEAN
        DAVID W. TYLER
        Attorneys, Civil Division
        U.S. Department of Justice
        601 D St. NW, Room 9930
        Washington, DC 20004
        (202) 305-3988 (tel.)
        david.w.tyler2@usdoj.gov

        JOHN A. HORN
        United States Attorney
        Northern District of Georgia

        ARMEN ADZHEMYAN
        Assistant United States Attorney
        Northern District of Georgia
        600 Richard B. Russell Federal Bldg.
        75 Ted Turner Drive, SW
        Atlanta, Georgia 30335

May 25, 2017

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, May 25, 2017, a copy of the foregoing was served on the attorneys of record in this case via the Court's electronic filing system.

*/s/ David W. Tyler*
